IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
     Plaintiff,

vs.                          Case No.:  3:08cv354/RV/EMT

FRANK BELL, et al.,
     Defendants.
_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 20, 2008 (Doc. 10).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

     Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  Plaintiff's notice of voluntary dismissal (Doc. 9) is **GRANTED** and this case is **DISMISSED without prejudice**.

     **DONE AND ORDERED** this 25th day of November, 2008.


              /s/ _Roger Vinson_____
              **ROGER VINSON**
              **SENIOR UNITED STATES DISTRICT JUDGE**